IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>KEVIN WATSON,<br><br>                   Defendant. | 8:20–CR–295<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

      Kevin Watson submitted a filing to this Court asking that his case be reviewed to determine whether he was eligible for relief under Amendment 821 to the United States Sentencing Guidelines. Filing 61. Pursuant to General Order No. 2023-09, the United States Federal Public Defender's Officer was appointed to represent Watson on this matter. Filing 62. Subsequent to his appointment, First Assistant Federal Public Defender Jeffrey L. Thomas moved to withdraw as counsel because Watson "is ineligible for relief under Guideline Amendment 821 by virtue of a conviction under Chapter 110." Filing 63 at 1. The United States Probation Office also submitted a worksheet in this case which states that the Defendant is not eligible for a reduction given that "his offense of conviction is a sex offense." Filing 64 at 1. Based upon the Court's review of the record, it agrees that Watson is not eligible for a reduction on this basis. Thus,

      IT IS ORDERED:  First Assistant Federal Public Defender Jeffrey L. Thomas's Motion to Withdraw, Filing 63, is granted.

      Dated this 13th day of June, 2024.

                                                                           BY THE COURT:

                                                                           Brian C. Buescher
                                                                           United States District Judge